

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00240-CV

**IN THE INTEREST OF C.H.**, J.H., E.H., I.B.H., and I.A.H., Children

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. CV06287
Honorable Pedro (Pete) Gomez Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court AFFIRMED. No costs are assessed against appellants.

SIGNED August 31, 2022.

_____
Rebeca C. Martinez, Chief Justice